# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Cheryl D. Davis, | JUDGMENT IN CASE |
| Plaintiff(s), | 3:20-cv-00339-RJC |
| vs. | |
| Commissioner of Social Security, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 7, 2022 Order.

March 7, 2022

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court